## JOHN WALLACE v. JOHN BUTLER.

Court of Common Pleas.  Kent.  December 6, 1803.

*Rodney's Notes.*

*H. Ridgely* [for plaintiff].  *Clayton* [for defendant].

Defendants say the loom belonged to Letitia Jones.  She lent it to John Wallace until she wanted; she went after it and took Butler, the defendant, with her to bring it home.  Plaintiff's wife did not object (only wished her to lend it to her a while longer) and they took it peaceably.  Butler was to buy it if she would deliver it out of the house.

*Ridgely.*  Esp.N.P. 380.  Trespass any injury by force, etc.  5 Bac.Abr. 159.  Esp.N.P. 403.  Possession sufficient to maintain trespass.  5 Bac.Abr. 203.  Justification admits property in plaintiff generally.

*Clayton* for defendant.  3 Bl.Comm. 212.  3 Wils. 377.  2 Term 156, 157, 158.

*Ridgely* in conclusion.

PER CURIAM.  Justification in this case does not admit the property in plaintiff.  Defendant might enter the house, demand the loom and (if not opposed) in a peaceable manner take it away if she had lent it; if it was not her property, defendant was a trespasser in aiding and assisting as a principal.  So also if it was taken from the house in a forcible manner though her property.

Verdict for defendant.